

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2018

No. 04-18-00227-CR & 04-18-00230-CR

Michael Casey **FORAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 518258 & 2016CR10025
Honorable Tommy Stolhandske, Judge Presiding

# O R D E R

After this court granted appellant's first motion for extension of time, his brief was due August 8, 2018. Appellant has now filed a second motion for extension of time asking for an additional seven days in which to file his brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court **on or before August 15, 2018.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court